## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

JOSEPH CRUSSIAH,                           *
 9701 Cottrell Terrace                      *
Silver Spring, MD 20903                     *
  PLAINTIFF                                 *                    ! CBD 21CV2418
      v.                                    *       Civil Action No. _____
GOVERNOR LAWRENCE HOGAN                     *
 100 State Circle                           *
Annapolis, Md 21401,                        *
      and                                   *       _____ FILED    _____ ENTERED
MONTGOMERY COUNTY, MARYLAND                 *       _____ LOGGED   _____ RECEIVED
 Executive Office Building                  *
 101 Monroe Street, 2nd Floor               *               SEP 21 2021
Rockville, MD 20850                         *
                                            *        BY          AT GREENBELT
                                                         CLERK, U.S. DISTRICT COURT
                                                            DISTRICT OF MARYLAND
 DEFENDANTS.                                *                              DEPUTY

---

### PRELIMINARY STATEMENT

This Court, in a case where a county was ordered to pay millions in punitive damages; gave acknowledgment to a system where a myriad of government and other entities conspire to advance the improper goals of a single entity. When Plaintiff had a case at this court; this system found it's way into the operation of This Court. Reasonably, judges and other personnel that engaged in that conduct, handled prior cases, should disqualify themselves. Additionally, Plaintiff files Motion for expedited review of his IFP application..

### COMPLAINT

1.      Jurisdiction and Venue are proper. Plaintiff Joseph Crussiah is a resident of Silver Spring, Montgomery County Maryland. Defendant Lawrence Hogan is Governor of The State of Maryland. Defendant Montgomery County is a county in Maryland. The first claim is for violation of 18USC 1595: private cause of action for violation of 13th Amendment, and violation of 18USC 1591, et. seq. The second claim is for 14th Amendment Constitutional Violations, under 18USC1983. Defendant Hogan is directly involved, hence; sued in his Personal Capacity.,

in addition to being sued in his Official Capacity.

2.    Maryland isn't named as a defendant, however; Hogan isn't merely an employee of Maryland; he's an officer.  There are many more that may be named as defendants.  The primary objective of this case, at this time, is for Emergency Preliminary Injunctive Relief.  Reasonably, the proposed Injunction order, does include The State of Maryland.  Furthermore, the Emergency and criminal nature of the allegations, would not permit adherence to the Maryland Tort Claims Act, even if it applied to the Constitutional claim.  The Trafficking Victims claim is not subject to privileges and immunities.

### Count 1:  Defendant Hogan violations of 18USC 1595

3.    In Lisa Ricchio v. Clark McClean etal, a 3rd Circuit Appellate ruling authored by retired Supreme Court Justice Souter, opined that: the medical means of drugging and the medical means of limiting food; are within the definition of "force".  Additionally, that motel owners who had knowledge but persisted in renting a room to Mr. McClean; violate 18USC 1595.  In USA v. Raniere, this is the sex cult case in the news, that involved some celebrities; the court found that coercing a low calorie diet causes symptoms as dizziness and fatigue; thus is "force.  In Jane Doe v. Mamoun Darbagh, M.D. (2:15-cv-10724-SJM-EAS) the court found that a physician who provided drugs that altered physical and mental states violates 18USC 1595.

4.    This Court in Joseph Crussiah v. Inova Health System in 2015 found that Plaintiff was sent for a MRI test to a small facility in Bethesda, by a doctor's office in Virginia.  By way of malfeasance; Plaintiff was made unconscious for an hour and suffered injuries to the brain, heart, aorta, and other major body systems.  Initially, Inova alone, then followed by Inova along with Plaintiff's subsequent private doctors in Maryland, followed by Maryland's Medicaid Program contracted to the other giant health system in the Washington DC Area, Medstar Health: engaged

in malfeasance by covering up the injuries and engaging in a campaign to deprive Plaintiff of medical care that would heal the injuries. The end goal being far more than a cover-up; but, to keep Plaintiff on the continuous path of incrementally, exacerbating injuries.

5.    Later events, along with further study and investigation by Plaintiff revealed a motive: That, sexual assault occurred during the one hour period of incapacitation. Albeit being left with progressively worsening injuries; Plaintiff had, miraculously, survived a scheme to permanently incapacitate, and pass it off as a naturally occurring massive stroke. This would allow Plaintiff who wasn't employed and insured, to be placed into Maryland's Medicaid program, where the sexual assaults would resume, while at it's facilities.

6.    The bulk of the perpetrators of this crime venture are medical entities. They conspired with Hogan, who had zero chance of becoming Governor; to sabotage the medical IT of the Obamacare rollout of Anthony Brown in 2014. The conspiracy included journalists, who portrayed Brown as being incompetent; causing him to lose. During the 2018 election, once Ken Kamenetz emerged as the leader in the Democratic Party Primaries, he was killed with a medically caused heart attack. Hogan stole 2 elections.

7.    Hogan abused his position and micromanaged state agencies and employees to conduct 3 lines of attack. All three focus on depriving Plaintiff of money and medical care. Plaintiff was deprived of State jobs. Plaintiff was deprived of Social Security Disability payments, owing to malfeasance from the State Government Agency to whom much of the process is contracted.

8.    The primary source of attack is via the Dept of Health. The scheme being that of unlawfully enrolling Plaintiff into Medicaid. Physicians, even those who don't participate in Medicaid, are barred from charging fees to Medicaid enrollees. This forced Plaintiff to be locked

3

into Maryland's Medicaid. Maryland's Medicaid denies care, refuses care, and physically blocks access to care by way of unlawful no trespassing orders enforced by Montgomery County Police, at the assigned Medicaid doctor's office. This is a HMO type system, thus; blocking access to the gatekeeper physician, blocks access to the entire system. Plaintiff's Medicaid is under Obamacare. This means that 100% is paid by the Federal Government. Maryland receives a payment that it retains. Additionally, Maryland receives a payment of $400 per month that it sends to it's Medicaid contractor, Medstar, which is shared with that gatekeeper doctor. All this is ongoing for more than 7 years, and this translates to $35,000.

9.      There were multiple bizarre personnel staffing issues and controversies with the Health Agency, so much above and beyond anything historically in any of the 50 states. One example; Hogan used the recess appointment process to install his right hand man, Dennis Schrader, his Appointments Secretary to be the Health Secretary. The Legislature and Treasurer refused to pay Schrader.

10.      Thousands of persons in USA combine to operate a BDSM sex crime enterprise, a ring. Crimes run the gamut. They are the cause of disasters, as; gas explosions, including at least 3 in Maryland , with 2 having resulted in multiple deaths. Other disasters as wildfires, bridge collapses, plane crashes, boat fires as one that killed 39 on a dive boat in California. Healthcare plays a prominent role. Dr. Nassar, the gymnastics doctor was actually producing videos for others to consume. Dr. Bradley assaulted hundreds of Maryland and Delaware female toddlers to the point of unconsciousness. He was prosecuted in 2010, and instantly; Delaware AG Beau Biden suffered a stroke and got cancer, to die in 2013. This ring causes disease, as cancer. They sabotage the health and bodies of human beings. With the Jeffrey Epstein case, many; as Det. Recarey, a deputy sheriff in Florida became sick and even died. This ring is

4

responsible for the deaths of more than 15 female sex workers, known as Long Island Serial Killer. This ring is the cause of the surge in strokes in the young, mainly White females, since the 1990's. The brain is injured during routine medical care, at which time unconsciousness and sex assault, occur. The victim never realizes anything is wrong, but an erosive process is underway. Then, months later; the ticking timebomb goes off. These strokes aren't truly strokes, but massive brain injuries, with news stories noting such things as the brain shifting and swelling. While these victims remain incapacitated; they are subject to sex assaults. It's needed to be noted that Whites in The U.S., U.K., Canada, Australia act in groups, males and females, together; and are consumed by a myriad of depraved sexual thoughts. This is apparent in well known cases as Epstein and the NXVIM ring that branded and made women sex slaves, and the cases of the crush-fetish where men desire to view females torture animals and simultaneously engage in dominatrix patter and such, and the cases of women assaulting toddlers for men to watch. Solving another mystery, this one from outside Healthcare; that prominent authorities as Dr. Phil, a sheriff of a large Wisconsin county whose son was a victim, multiple former law enforcement and Senator Sensenbrenner; say is a crime ring: the disappearances of White college males from nightclubs and bars in very White areas as WI and MA; weeks later their bodies are found in waterways, Smiley Face Killer Theory. The research in "Case Studies in Drowning Forensics" reveals that the victims are weakened, but also taken care of. Logic dictates that as in the Anthrax attacks; this isn't a Regular Joe, Do It Yourself Project. This requires doctors, hospitals and nurses. Since February 15, 2020, there have been no new disappearances, and five of previously missing men have been found in waterways that had previously been searched. The timing coincides, perfectly, with Coronavirus response of lockdowns of medical facilities.

11.     Plaintiff, in January 2013, in a clear-cut act of engaging in Interstate Commerce, had

found lower price self-pay medical care at a doctor's office in Fairfax, Va, owned by Inova

Health System, the hospital monopoly in Northern Virginia. Sonalee Kulkarni, M.D. sent

Plaintiff for several tests at Inova facilities in Fairfax and Alexandria. Oddly, for the MRI test

listed on the doctor's orders; Plaintiff was told to get it at Capital Imaging, who would do the test

"at cost". The set-up for the crime was well underway. Plaintiff went to his test by appointment

on February 15, 2013, the day after Valentine's Day, to a tiny facility in Bethesda that resembles

a dungeon. The facility ceased operations in 2017. Capitol Imaging was owned by Dr. Jeff

Jacobson, and sat in the basement of a 3 story office building that was otherwise vacant, with the

exception of one of his doctor's office branches that was operational on a single day in a week.

12.    This was a set-up. The data recording from the MRI machine shows that the test that

requires an injection was flawless and lasted 30 minutes. It reveals an hour of accounted for

time. The tech lied that the injection failed. He proceeding to, secretly, place a catheter into an

artery instead of an injection into a vein. The process of sex acts, by force, had commenced with

these overt acts. Then, with Plaintiff being inside the cylinder; Dr. Jacobson, the doctor credited

for removing fluid from the brain of James Brady on the day of the Reagan assassination

attempt; did the exact opposite to Plaintiff. Dr. Jacobson who has no role in the MRI; threaded

the catheter up to the neck, and sent water into the brain. The resulting brain injury and

unconsciousness allowed for a sexual assault.

13.    Sex acts were done to Plaintiff by hooker/rapist White women. Men watched for

gratification. The group includes doctors, officials from Medstar, Inova, Johns Hopkins,

Adventist (these are also Church officials), Police Chief Tom Manger who ejaculated onto

Plaintiff's shirt. The women had been at a spa and received hair and body treatments, dolled up.

One of them is Michelle Carter, the receptionist and lone employee, at the time, other than the

technician, Antonio Papel. Plaintiff visited Capitol Imaging in December, 2015 and he couldn't recognize Ms. Miller because in addition to being the furthest thing from attractive, it doesn't appear that she bathes and along with her clothing looks like a homeless person on the street. There is an audio recording. It's clear Ms. Miller gets very uncomfortable and catches on early that Plaintiff is shocked by her appearance, and that he gets it, that she had a massive makeover for the sake of promoting future acts against Plaintiff.

14. The operational style of the ring is that a small group designs and implements a long-term scheme, and it is marketed to the whole of the ring, and to others. The plan was not to delay; but to produce the permanent damage on that day, and to claim a coincidental stroke. An obsession with long-term dungeon; adding more women for their role, more men for their role, and anything and everything. Plaintiff wasn't working, but in an active job search process. And he was paying for his own medical care. Catastrophic brain injuries would mean great expense, plus he wouldn't be able to handle own affairs. He would fall into Medicaid, for his region contracted to Medstar, care at it's Washington Hospital Center and rehab campus, 2 miles north of U.S. Capitol. Jacobson increased water, but miraculously it drained from the brain, and something else like damaged kidneys would cause death; so sickos let him walk out, but certain of a ticking timebomb. They predicted no more than hours. They would use Medicaid funds of DC and MD, and patient care dollars of Washington Hospital Center; thus nearly all of the stolen dollars comes from that meant for life-saving medical care of African Americans. Then, recruit White women in Wisconsin to be employed as Medstar DC and MD Medicaid employees; but really there, to fly to DC and do sex acts to Plaintiff's body, when his medical status is alike to Mr. Warmbier, returned from North Korea. It is well established by courts, including The U.S. Fourth Circuit that Medicaid Managed Care Organizations are state agents. Medstar, having no

7

national presence, and limited to Washington, DC and Maryland for all it's business activity which is mainly hospitals, oddly; moved substantial parts of the Maryland and DC Medicaid operations to Wisconsin.

15.     Miraculously over 7 years, the catastrophic ends haven't come about.  Horrible injuries were inside his body, but more miracles; the timebomb fizzled, minuscule increase in noticeable problems over prexisting condition, all stable.  No one would be none the wiser. Plaintiff's doctor, Sonalee Kulkarni of Inova, was compensated for her role in the scheme. She's the one who sent him for the unneeded MRI, and a contrast test was even more unneeded. Though doing well in med school and residency, she was a career failure as a neurologist for 20 years. Immediately, she went from the cellar to the top; a high level position at the VCU Med School, a State of Virginia institution and federally funded.  This loser as a physician was made head of a program that mentors med school students to specialize in neurology.  The ring didn't want to give up; it got Dr. Kulkarni to give a sham diagnosis, gave drugs that; kick-started the timebomb with worsening impairment, disfigurement, suffering.

16.     There was an Order from The Virginia Board of Health Professions for Dr. Kulkarni to tell Plaintiff about the nature of his medical condition, that included telling him to seek immediate care at the nearest emergency room.  In response; Inova and Fairfax County Police collaborated to send officers to intimidate, threaten and issue a no-trespass order, when he went to visit his doctor in December, 2013.

17.     Plaintiff was in a job search process, that focused on Maryland State employment. Maryland sent notices of Plaintiff being of  top qualification and notices of interviews.  These perpetrators never thought that Plaintiff would feel well enough to try to work.  Then, with obvious surveillance and hacking, they found out, and; Plaintiff received the unusual notices

8

from Maryland, that these jobs were erroneously posted.

18.    The sickos embarked upon a stalking, harassment, power trip campaign. While the Complaint does list several of these actions; it's not an exhaustive list. The other woman, who along with Ms. Miller who did the sex acts upon Plaintiff's body is Marzena Czemko aka; Jackson and Augustynowicz. Dr. Jacobson gets patients with back pain from Washington, DC and does surgery at the Johns Hopkins owned Suburban Hospital. Czemko has a high school degree from Poland, some kind of low level receptionist or medical assistant at Jacobson's practice; an attractive woman used as part of the scheme to convince the male patients to get these unneeded surgeries, and who listed her career ambition was to become a cosmetologist.

19.    How taxpayer and healthcare dollars are abused and how those with merit are cheated out of jobs that are instead given to participants in the venture; clear to see with Czemko. In August, 2012 she was approved by the Montgomery County, MD Court to proceed IFP with divorce action against Augustynowicz. Temporal proximity: February, 2013 she gets a job at the intramuscular lab at the University of Maryland Medical Center in Baltimore. UMAB is a part of an unit of state government. Her Linkedin page shows nothing between her high school graduation and this job at age 27. In November, 2013, she, alone, purchased a home for $300,000 with a mortgage from Wells Fargo, a top tier financial institution. Her job is a Maryland state job that pays $30,000. She only had the job for 6 months, and poverty prior to that. It's clear that the offenders that are part of this venture gave her money, not their own; but from Healthcare and Public funds. And her house is 2 blocks from Plaintiff's home, though her job is in Baltimore, 30 miles to the northeast. Czemko divorces Mr. Jackson in 2016. Whereas in the her 2012 divorce, she couldn't even afford filing fees. With the one in 2016; she gets from the court, a retroactive prenuptial agreement. As a non-lawyer; Plaintiff never knew that such a

9

thing could be created for the first time, at the time of divorce. And this time, Czemko also had the records sealed. Czemko is concealing her wealth gained from this sex crime venture; and doesn't want to share it with Mr. Jackson.

20.    Looking back retrospectively allows linking a myriad of odd events and situations to this power-trip stalking campaign. Prior to Ms. Czemko moving into the house on Dilston Rd; and two days after February 15, 2013; a man living in a home on the other side of the street from Czemko's future home; grabbed Plaintiff from behind while Plaintiff was going on a morning walk. Plaintiff broke free, and within seconds, a car drove up, he got in, and they drove off.

21.    Less than a block from Plaintiff's home, lives Gregory Lucas, an ex-con, along with his wife and his job for Metro where he nails down spikes and picks trash on the tracks; barely pays off his bills. In 2013, these perverts give him rewards as a mortgage with Wells Fargo; in exchange for torturing and killing wildlife as squirrels and birds. Several neighbors reported him to Montgomery County Police, who being a part of these crimes; ignored the complaints. Some of his conduct involves shooting air rifles from a 2nd floor window, into property of neighbors. Two neighbors sold their homes and moved away for this reason.

22.    In 2018, Lucas was given a $200,000 Mercedes AMG S-class. This car sat on his driveway for 3 years, and depreciated $100,000 while he and his wife use older vehicles. The message to Plaintiff isn't that they rewarded him with a $200,000 car. The message is that these sickos can afford to piss away a $200,000 car.

23.    Plaintiff had some success in getting some answers. There was an email and an inclination from a veterinarian and army major that criminal conduct was the cause of Plaintiff's medical condition. Within 4 days Jeffrey LaHuis, DVM was being investigated and intimidated by the Michigan professional licensing agency. The most they could find was that he didn't dot

all the i's and cross all the t's in his medical records for a dog with epilepsy.  Who, even knew, that pets have human type medical records.  Then the irony is glaring, in that; all this is related to Plaintiff, a human, for whom, massive fraud is committed in his medical records.  Plaintiff obtained a blood test through an online lab, based in Louisiana.  Subsequently, the business was shut down by that state.

24.     Plaintiff, in 2014, didn't know that The Seventhday Adventist Church was involved in these crimes.  He asked a pastor for a referral to a cardiologist.  Instantly, a sermon that was prepared months in advance, in anticipation; was preached.  Sligo Church would go on to remove that sermon from it's online archive.  In addition to asserting that anxiety is the cause of heart conditions; the pastor and some others for 40 minutes, acted out the themes of the crush-fetish.  Such things as claiming that a spider was on the floor, and proceeding to crush it; to giving stories of dogs, and how the pastor was on the ground and a huge dog came at him, and it wasn't a tiny dog, and the very reserved Pastor Tapp, yelped like a little dog.  Then with excerpts of quotes; as men being crushed on the foothills of the Alps.

25.     The CEO of Medstar Health, Ken Samet and an executive, Carol Attia claim that it isn't the medical care $$ of the Maryland and District Medicaid program or even them that is doing all this; but it is Jeff Bezos of Amazon.  Plaintiff had returned to Dr. Kulkarni in late March, 2013; alerting her that Plaintiff found suspicious events and new symptoms, connected to the MRI.  Less than 2 months later, Bezos bought The Washington Post.  The news stories say; he didn't negotiate for a lower price, he didn't do Due Diligence, no one knows how he intends to make money.  Bezos said he wanted a nation newpaper, but then; didn't buy national assets as Slate Magazine and Kaplan Education.  Instead; he bought the local Gazette newspapers.  Then he closed down The Gazette in 2015.  This would mean that Plaintiff wouldn't have The Post and

11

he wouldn't have The Gazette to give his story to. There's a story that The National Enquirer got hold of and published images and communications of Bezos that show he's having a Mid-Life Crisis, having an extramarital affair, out on a jet ski, sending "dick pics" to the woman. All the evidence shows that the items were given to the tabloid by the brother of his mistress. Then one wonders, how her brother obtained the items. It's apparent that Bezos is staging a sexual persona of himself and colluding with the tabloid; in a an effort to conceal his true sexual tastes.

26.     Defendant Hogan had zero chance to become governor. New Jersey Governor Chris Christie called this the greatest upset win in modern day American elections. At the time of his reelection, Slate published "Washington Post Love Affair with Larry Hogan" odd; the Post usually loves Democrats? The outcome of the ultimate indecent proposal. Noridian, a subsidiary of Blue Cross Blue Shield of North Dakota, the Health IT firm in charge of Maryland Obamacare health exchange computers, sabotaged the system. Post and Erin Cox of The Baltimore Sun lied; blamed Lt. Gov Anthony Brown. Then following the 2014 election; Ms. Cox was hired by The Post, though historically; the prestigious Post never hired from the Sun.

27.     A quid pro quo: In exchange for being made Governor, along with being allowed to operate a business that exclusively makes it's money from getting building and real estate approvals within Maryland (Maryland Matters reports Hogan and his family made $Billions); Larry Hogan would use the full force and resources of Maryland; to make it so, that: Plaintiff; doesn't receive medical care, is blocked from all sources of money, gets more sick, gets into Medicaid, is placed at Medstar Rehab, depraved sex abuse of February, 2013 would resume.

28.     Hogan diverted billions towards the sex crime venture. This caused floods from poor flood control. The Ellicott City Flood of 2016 was followed by Hogan encouraging businesses to rebuild. This was followed by an even worse flood in 2018. The opioid crisis got worse.

Maryland, under Hogan, went from the middle of the pack, to being near the bottom, compared to other states.  Hogan claimed that he spent more for Baltimore schools than his predecessors; yet there were reports many couldn't even afford to keep the utilities on. There was a workplace shooting in Aberdeen, in state police turf; but the response was entirely by FBI and ATF. The death of University of MD football player Jordan McNair in a scheme by institutions and agencies under Hogan to cut corners on medical care and overwork athletes, etc.  The latest news is that the contractor for the massive Purple Line light rail project has abandoned construction. This project was restarted using federal Covid relief funds, which means yet again, people who deserved those dollars, were deprived of it.

29.    Plaintiff's health; caused by the injuries, along with being deprived of medical care; in 2015, worsened to a level, that he wouldn't be able to be employed.  Governor Hogan went around his appointed Health Secretary, Van Mitchell, and appointed Shannon McMahon as Deputy Secretary for Healthcare Financing, the Medicaid director.  McMahon, unlawfully, enrolled Plaintiff into Medicaid, by way of Obamacare.  She continued to re-enroll Plaintiff.  All this, is; opt-in.  Plaintiff had, on multiple occasions; demanded that he be removed from the Medicaid rolls.  DHMH and other Maryland employees, when questioned for the first time, would look into the system, and reply with puzzlement; that they can't find how this happens.

30.    In 2014, despite all the obstruction; Plaintiff had some success getting some answers. From 2015, and ongoing today, after he was unlawfully enrolled into Medicaid; he was refused medical care by doctors.  The doctors would, rightly assert, that Maryland and The District of Columbia punishes doctors who charge fees to patients, who are on the Medicaid rolls.  Unless, it was free care; they are required to direct Plaintiff to the Medicaid program.

31.    Medicaid patients, actually have far more protections and rights than any other

patient, other than those in The VA System.  But, Maryland, unlawfully, ignored all the federal and state laws.  Maryland and it's agent Medstar unit Medstar Family Choice, and it's physicians, collect  $400 monthly for Plaintiff's medical care.  Whenever he would assert his Rights to get medical care, to get truthful medical records and to be told about his medical condition; Maryland and it's agents would summon police to escort Plaintiff out.  They got Montgomery County Police, Montgomery County is an unit of state government: to unlawfully issue a no-trespass order; to Plaintiff, banning him from all the doctors' offices and medical facilities that the Medicaid plan tells him to utilize.

32.    Plaintiff applied for Social Security Disability benefits.  The approval process is contracted to state agencies; The Department of Education, in Maryland.  It's Disability Determination branch, arbitrarily, denied his claim.  It never sought answers about Plaintiff's medical condition from the Medicaid physicians.  It sent Plaintiff for an examination by a neurologist Dr. Friedman in Rockville.  Plaintiff was allowed to make it as far as the waiting room.  He was never seen by Dr. Friedman.  DDS paid Dr. Friedman $270 and accepted his report for the exam that never occurred.

33.    Non-exhaustive list of the problems that have come about and all getting worse are: Great injury to the heart, deadly arhythmias with astronomical values appearing on treadmill test, the brain swollen and pushing skull outward [had skull not expanded, Plaintiff wouldn't be around], teeth getting crushed, cannot do anything about toothache and loss of at least 8 teeth because local anesthetic enters brain via the damaged barriers, blurred vision when tilting head downward, cannot drive at night, numbness in fingers, pain in hands, sensation of electric shock going from hands to elbow, regularly loosing footing and twisting ankles when not fully focused on the act of walking, sweating with exertion and at the same time much of the body is cold,

pressure from the brain pressing down on the spine and producing great damage to the upper spine, 50 (100 today) pounds of fluid accumulating in the upper torso, greatly dehydrated and have to wake up at night frequently to drink water, very thirsty and sick at night, an unusual hair loss in the first year limited to the left half of the head which later resolved, recently rapid occurring male pattern baldness, having to sleep throughout the day total of 18 hours. Appear 20 years older than age and sickly looking and short of breath; disfigurement. List compiled in 2016. Prior to 2016; if Plaintiff were resting, Plaintiff had no discomfort. Today, there is discomfort, suffering, all the time. Dehydration is very severe, and occurs all day. Everywhere there are mucus membranes, dry and painful. It comes from injury to the pituitary gland. Even without treating the underlying brain injury, there are meds, that control hormones, which can give relief from many of these problems.

34. The sickos began sending 50000 thinly veiled taunting emails, made to appear as spam but with links that lead nowhere, sent to Plaintiff that tell the whole thing, with 1000's of domain addresses and 100s of UPS mailboxes; purchased.:"Word of the day " Immure: to make walls around or put in a dungeon, Encephalon : this is the brain, Hydra : water. Pulverulent crumbling to dust, same as crush. Shivoo : boisterous party or celebration, Hedonism, Zugzwang : being trapped and any move comes only with loss, not even an English word. Plutocracy, Laicism : secular control of political and social institutions,Tittivism, Venial .
Emails sending "Bible verse of the day", "Joseph, God's wisdom for you" portion of a Bible verse"Likewise, ye younger, submit yourself unto the elder". "Let ye without sin, cast the first stone"Iambtoyer.com, [I am boy toyer] But then many emails for dentures, hair loss, senior dating, funeral insurance,bathtubs for frail people. No contradiction; on one end is more normal sexual attraction, then with crush fetish, it's also about crushing and destroying, bringing

about the other end. Some of the disfigurement is in the form of lost teeth, hair loss, and appearance of more advanced age. Emails for oxygen and Plaintiff has difficulty breathing. Giantfairies.com, giant women, and they're White. Blossomsandchocolate.com; a skin color sexual inneundo. Pumpkinslippers.com, Overeagershinsplints.com, Noisycarbon.com, Hslipper.com: foot references. Bigwigfeast.com, " hemlockharpoon .com" and "enormouscuteel.com". " Readyforanyandall. com" and "ultrapreparedforlife.com". "3 ways you can get screwed buying a retail mattress", the "you can get screwed" part is highlighted in red. "are your loved ones protected if you suddenly pass away", "Joseph if you died tomorrow". Links to funeral expense insurance plans, but no plan would want their product marketed with this crass language, just like a business selling a mattress would not use words such as "screwed. Email shows a large decorated egg, with the title "Will you be the next winner? Crack the Egg, Amazon , Reward inside, crack". The egg is Plaintiff's brain . "joke of the day". The title of the joke is " Dead again" . This means that Plaintiff was dead on February 15, 2013, and will be dead again. One cannot die twice, so what it means is that Plaintiff was near-dead once, and will be near-dead again. All the facts keep supporting the conclusion that the acts of February 15, 2013, were a downpayment, for long-lived, serial acts, and adding new offenders;as the wording " next winner , suggests". Mavourneen: dear, darling. "mavourneen, when you come back to me, you will not be alive ". There is an image that comes from Shutterstock, titled "confident young woman painting a room", a perfectly innocent image. But these sickos use it because she has one hand on her crotch and the other holding up a paintbrush. The crush-fetish videos with small animals have a woman with one hand masturbating and the other sometimes used to inflict sadistic injuries to the animal. It comes from the "boytoyer" domain address, the product advertised is a credit card with an address in Beaver ton, OR. The emails also show that these

offenders have gathered personal info about Plaintiff's family in anunlawful manner. One of his sisters went to the Galapagos Islands a few months prior, and these offenders send emails for vacations to Galapagos, a very uncommon vacation destination. Then what is greatly dangerous and threatening is that Plaintiff's niece had a 7 th grade class trip to Costa Rica in April. These offenders now send emails for Costa Rica vacations. The Las Vegas Shooting, sexually-caused, and directed at White couples, and the sickos in Plaintiff's case, connected themselves to Las Vegas. Couple of days following the shooting, these sickos sent an email advertising Las Vegas, and as with the other emails they themselves created this one. "Time to let you hair down! Break the daily rut and take a trip with your better half". And there's an image of a White couple, 30's. In no way would anyone connected to Las Vegas be running this type of ad. Riddle me this? Plaintiff am useless when together but useful when Plaintiff am broken apart. What am I?  An egg. What they mean is that Plaintiff's useless to them, when healthy; but when his brain is broken; then Plaintiff am useful to them. Another one "32 white horses on a red hill. First chomping, then stomping, then standing still". This is a large number of White women, close to 32, doing the crush-fetish. They have a new domain name that starts with "vr6k". This is like reading vanity plates v r sixk. We are sick Emails are from some fake company named "Otter Travel". At the bottom of these messages, it says "Sea otters hold each others hands as they sleep to keep from drifting away from each other ". This means that they are all going to stick together for their common design crime. And they admit their conspiracy. That each one fully shares in the conduct of all.

35.    The dehydration caused by the brain injury, gets worse and worse.  In January, 2018, Plaintiff was  attending church service at Takoma Adventist Church.  What happened, shows that the sickos were spying on him while in church.  The first thing Plaintiff does after the service is

to drink water from the water fountain. These sickos know every part of the nature of the medical condition. The same water fountain he used 80 minutes before, was suddenly out of service. He drank water, elsewhere an hour later, but the damage was done. Within hours the dry lungs problem became much worse, causing great difficulty in breathing, non-stop coughing, loud noises with breathing, could not sleep. An email that they would repeat many more times in the days to follow has the title "Oil up", shows image of fresh motor oil pouring out. Then writing "keep your engine running quiet", mocking reference to the injuries.

36. Even cutting trees; part of this bizarre sex crime. Montgomery County had already cut down all the trees near the street on Plaintiff's block, starting in 2014, but those trees were healthy, a neighbor who is politically active and trees are one of her causes, couldn't get anywhere with the officials, who at other times, she's had substantial contact with. The County agreed to leave one tree, and Plaintiff never figured out that they were cutting the trees to take away shade for his house. They monitored the progression of the injuries, knowing he feels very hot by several mechanisms. The faux spam emails picked up on this theme. In one that was sent 100 times, the heading is "your house is already too hot", reading further it says "why turn on the stove", and gives a link for recipes using a crock pot. In another, "you're really dehydrated", and then a link for bottled water. A daily email for a suntan product. The blossomsandchocolate.com domain address, they bought it years ago, but only began using at this time.

37. 2015, two weeks after Hogan's inauguration: Plaintiff lawfully made audio recordings and posted on YouTube, of the Medstar Medicaid program and its doctors giving the runaround, and sometimes tripping up and admitting facts. To shut this down Manger produced search and arrest warrant applications with lies. First thing in the morning submitted to a state court judge. Manger did not want to waste a single second. Simultaneously, he placed 2 police

18

officers in front of my house.  These officers were not from the district station.  They had driven 20 miles from headquarters in rush hour.  They sat idling for an hour, awaiting the ruling, wasting even more public resources.  Even with all the lies; the judge found in Plaintiff's favor.

38.     These unlawful acts succeed, in that interference and harm succeed. But in every single one, the effort to disguise the acts as lawful falls apart. 11/2016: because they tested the recording law and failed; Plaintiff is always recording. At the Medicaid doctors' office for medical visit and precisely when Plaintiff says MRI, their scheme to have the doctor call 911 to say Plaintiff is out of control. As the tape reveals, owing to the medical condition; Plaintiff couldn't be out of control,even if Plaintiff wanted to. And here they're admitting the legal standard; they have to show "out of control" for police action to be lawful. Then another unlawful no-trespass order. More egg on their faces: owing to the dramatic call; a mutual aid call went to the sheriff's office, and the deputy wasn't in the loop of the wrongdoers. Everything he did was opposite to Manger's cops. He even gave Plaintiff his business card and invitation to file a sex assault complaint at his office.

39.     In Plaintiff's quiet neighborhood with little police activity; all of a sudden Manger's cops are everywhere. One neighbor is always in trouble for starting fights and domestic violence. All of a sudden, simple court hearing notices are replaced with police dogs and lockdowns of the neighborhood, including one time the Plaintiff was blocked from going to church. With all this sound and fury, they arrest him, take him to the psych unit, and he's back home in a couple of hours.  And by way of some deliberate harm during care, he died a year later.  Then for this big supporter of Hispanics, he targeted several for arrests because they don't know their rights.

40.     With Plaintiff having been blocked from doctors' offices for years, and had reported new symptoms to SSA, to show how these offenders, act in concert; one of these doctors, Dr.

19

Jeffrey Dormu in Laurel, called Plaintiff saying he would get treatment. Plaintiff's recording shows the scheme got quickly unraveled. The doctor came to the waiting room with the pretense of talking to another patient, when he was making observations of the progression of injuries. Then another employee called Plaintiff into an office and told him that the receptionist doesn't know anything, and by error had called Plaintiff to come, and so Plaintiff must leave.  Plaintiff pointed out that it was the doctor who called, and she had no answer. Plaintiff left, drove around the building and saw Laurel Police were ready.

41.     Defendants and their fellow sickos caused a large number of deaths via medical care: Senator John McCain gave Senator Cardin no choice but to force a response out of DHMH. Baltimore County Executive Ken Kamenetz and Gubernatorial candidate was likely going to deny Hogan reelection.  Leaders of the state legislature; Miller and Busch, Congressman Cummings and Senator Tom Coburn of Oklahoma, months after receiving letters from Plaintiff. Additionally, a large number of neighbors, friends and family of Plaintiff, including in India.

42.     Plaintiff's facts were seen by Maeve Mckean, a granddaughter of Robert Kennedy and of  former Maryland Lt. Governor Kathleen Townsend.  Plaintiff  began receiving emails with domain names as "island cap" and "likewise", along with images of women at the beach and a political cartoon of Nancy Pelosi drowning and a life vest of no use to her.  Three days after this began; Mrs. McKean and her 8 year old son died of drowning.  The story given is that they got into a canoe to go after a ball, and then were blown into The Chesapeake Bay.

43.     Plaintiff opened his first Twitter account, and discussed the criminal conduct of The Governor.  Instantly, the California Wildfires of 2018, which killed even more than the recent fires, followed.  Additionally, massive and deadly gas explosions in WI and MA on his birthday and that of his sister and mother.  There wasn't a Tweet about Hogan until April 1, 2019.  On the

same night, there was a huge fire, that received extensive news coverage, in a high-rise condo, above a rental property of Plaintiff's sister in Kensington. At the same time, there was a strange occurrence in Laurel, MD. A woman in her 60's was reported missing, few days later reported that she was found unharmed, then a few days after that they said she was dead and the funeral already occurred. Neighbors are very puzzled, but officials don't proivde answers. Then 2 weeks later in Takoma Park, MD a condo building where Plaintiff's father resides, there was massive police activity over 2 days. Oddly, there was a huge presence of Laurel Police, though the 2 small cities in MD have no connection to each other. Rumors were heard that the person on the 9th floor killed someone. Police later called it "a woman in distress" and that she jumped out of a 9th floor window 2 days later, though no one in this highrise noticed such as event. The woman is Janet Leak Garcia, age 55, with no past mental issues. She has a doctorate and a high level GS-13 job with USDA. In May, the case of the man of Indian descent from Bethesda, MD who sets himself on fire near the Washington Monument. Seeing the video, he appears to be in no distress from the fire. The medical doctors, psychiatrists have some ability, likely with drugs, to command their patients to do crazy things. The wife of Gregory Lucas, the man paid to abuse animals in Plaintiff's neighborhood, is from The Dominican Republic. The strange deaths of American tourists, occurred at this time.

44.    A wide variety of stalking and harassing conduct as; rats being released in Plaintiff's yard, frozen dog waste being found in the summer. In one incident; Montgomery County Police reported an entirely fictitious event of three 10-13 year olds doing a carjacking in Bethesda and bailing miles away. With this, police blocked off New Hampshire Ave at The Beltway, creating massive traffic problems, along with a search in Plaintiff's neighborhood.

45.    Defendants and the rest of the sickos, which includes PEPCO, placed a lone white

21

box on an utility pole in the entirety of Plaintiff's neighborhood of 700 houses. This box is 150 feet from Plaintiff's home. These sickos, knowing of everyone that comes to Plaintiff's home and everything that's spoken around his house; indicates that it's a surveillance device. A branch of a pine tree at Plaintiff's home has grown over that sidewalk of this residential street. Clearly, the lone problem this branch was causing is that it was blocking the view of the white box, to portions of Plaintiff's home. Montgomery County Code Enforcement, on it's webpage states that they are severely backlogged and prioritizing the most dangerous and urgent matters. It's employee came to Plaintiff's home on October 5, 2020 to issue an order to trim that branch. Plaintiff pointed out that pedestrian traffic is nearly nonexistent. There is a sidewalk on the other side, the street is safe to walk on, pedestrians can walk on the lawn, trees obstruct sidewalks on Oakview Drive the main road of the neighborhood. MoCo issued a stop work order on a house 50 feet away but allows a 10ft by 15ft and 8 foot deep pit, along with construction material in the yard to remain. The employee said that he and The County doesn't care about any of that, and their entire mission is to get the one branch removed. When reviewing DCHA website; there is no complaint registered against the property or owner. When reviewing the Dataset website of MoCo; again no complaint appears. Defendant Montgomery County, having made a frivolous and malicious charge about some little branch. Furthermore; making charges via DCHA which isn't the agency with jurisdiction. Jurisdiction actually belongs to the Highway Dept. Hence MoCo hides it from Public view; as to not trigger off 1000s of similar complaints from residents.

46.    This case is abound with hypocrisy, irony. Washington Adventist Hospital in 2009 sought approval to relocate 7 miles away; the real reason being that it doesn't want to serve the new demographic in Takoma Park, MD; Gays and Catholic undocumented aliens. The final nail in the coffin, of never being approved, came in 2012, 2013, when Maryland said in denials that

22

even if many barriers could be rectified, the two main ones; feasibility, and bond rating at the bottom forecloses the $400 million effort; why bother? The reason for the poor finances, and low quality was outed by Dr. Kramer and several other doctors in an old news article. That; Church officials who run the hospitals, convert funds into compensation for themselves. 2015, like magic, with Hogan the new governor, they resubmit, get easy approval; and approval to increase rates. That's $400 million to be stolen from patients, private insurers and Medicare, Medicaid! And the state official who had ruled against this request died in an odd way, a "self-inflicted hunting accident. August 25, 2019 at 8am was the grand opening of the new hospital. At that very same time; there was a gas explosion that destroyed an office building in Columbia, MD, 10 miles from the new hospital. The state official who originally denied Adventist's petition; is said to have died of a self-inflicted hunting accident. (can't make this up!)

47.    There's a lot of strange happenings with Jeff Bezos and Governor Hogan that's been reported in The News. The Health Agency, until recently named DHMH saw the sudden resignation of Secretary Mitchell. Hogan used a recess appointment to confirm Dennis Schrader, and was going to keep him on, indefinitely. This brought up challenges by the Legislature, and Treasurer Kopp refusing to pay Schrader. All the while, Schrader kept his position as Hogan's Appointments Secretary. Then with the resignation of Deputy Secretary McMahon who runs Medicaid, Schrader got that job as well; that's 3 concurrent appointments. Following the confirmation of Robert Neall for the top job at the Health Agency. Schrader, also dropped his Appointments Secretary position, and became, exclusively, the Medicaid director. Then Hogan never appointed an Appointments Secretary. Hogan seems to have eliminated that position, and replaced it with an Appointments office, that is run by Hogan. Then, the news stories appeared of the Appointments Office interfering in all state personnel hiring decisions, extending to all the

23

career civil service positions.

48. Maryland's Social Services Welfare Agency, which has MoCo employees staffing the offices is where Plaintiff applied for a program that pays about $185 monthly, while the federal SSA disability claim is in process. The caseworkers are all African American. They were very helpful, including signing up Plaintiff for $185 monthly in FoodStamps.

49. An all too familiar pattern, continued. Besides, a small number of exceptions; the African Americans in a myriad of federal, state and county agencies; refused to participate in these crimes. Consequently; all nearly all the police officers Plaintiff encountered were white, with an Asian or Latino, here and there. Yet, not a single Black police officer. We're not in Iowa, but in the Washington, DC Area, with Montgomery County having a population of less than 50% White. This percentage is further and drastically reduced in the representation in government employment. The DCHA employee was White.

50. Defendants replaced Plaintiff's caseworker for the welfare benefits; several times. Then with the African American employees being unwilling to do criminal acts; Defendants transferred a White male employee from the Rockville office, to the Silver Spring office. He demanded that Plaintiff divulge all sorts of personal and private info about Plaintiff's family members. Plaintiff refused, and this was cited as the reason for terminating the $185 TDAP benefit. Next, Defendants went to the White county, 45 miles away, jokingly referred to as "Fredneck". Defendants paid for housing and moving expenses, and transferred a White female employee, Melissa Turner, exclusively to be Plaintiff's caseworker. She did not handle any other cases. On an audio recording on YouTube, Plaintiff was at the Social Services office. He asked Turner if he had a right to view his records. She said that he did. She showed Plaintiff the cover screen of Plaintiff's file, and asserted that; name, address, phone number was the entirety of the

file.  Plaintiff challenged these lies.  A supervisor would come in and admit that there is much more to the file; and refused to allow Plaintiff to view it.

51.     Maryland MVA suspended the registration on Plaintiff's car, alleging lack of insurance; though the vehicle was insured.  This unlawful act triggered a cascade of Geico withdrawing insurance, blaming it on the car being unregistered, Catch 22.

52.     On October 21, 2020 Plaintiff phoned Maryland Dept of Health, the bureaucracy that is the largest state agency and cabinet agency, and funded mostly with federal Medicaid funds.  Though, one of the cures for Covid19 is said to be "contactless" and "telework"; this agency is hardly taking phone calls.  Plaintiff has success in getting an employee on the phone, after 10 minutes of following prompts.  The pre-recorded messages would lead anyone to conclude that there is a vigorous process to qualify Marylanders for Medicaid.

53.     The employee, who never gave her name; was very nervous, repeatedly consulting with others, and repeatedly questioning whether Plaintiff is using a speakerphone.  She said that Plaintiff's phone was making it impossible to hear clearly; though it's clear she understood everything, including the spelling of Plaintiff's uncommon last name.  Later on in the call, she repeatedly asserts that she knows that Plaintiff is recording the call, that it's illegal, and she even says she will file civil action against Plaintiff.  It's well established that the Wiretap law, isn't a question of permission, but a question of a reasonable expectation of privacy.  In so many ways, she doesn't have such an expectation of privacy: the call is already being recorded by Maryland, the employee hasn't given her name and in any event as Plaintiff repeatedly asserted he wasn't calling to speak to her but to speak to Maryland.  Indeed, a letter from Secretary Mitchell to Senator Cardin in 2016, acknowledged recordings and online postings by Plaintiff of the agents of DHMH; but never stated that recordings were illegal.

25

54.    The Maryland employee was asked why Plaintiff, despite; Medicaid being opt-in, and his repeated letters asking to be disenrolled; Maryland has been enrolling him year after year. She replied with a lie that the system is "auto-renew"; along with another lie, that they access tax records and enroll those who would qualify by income. Within days of this phone call, Secretary Neall, who himself has zero training or experience in Healthcare resigned in the midst of the Pandemic. His replacement is Dennis Schrader, who also has zero training or experience in Healthcare. Oddly, no one in Maryland seems to be noticing the strange dance.

55.    Much of the stalking conduct follows along a tit for tat pattern. Within days of the housing code violations scheme being on the ropes, there was the collapse of the condo building in the Miami Area. It shares similarties with Plaintiff's father's condo building in Takoma Park; both are brown and 12 stories. The collapse was blamed on building code violations, though no facts showed how the lack of upkeep led to a catastrophic collapse.

56.    The scheme of depriving Plaintiff of money does lead to the consequence of Plaintiff living at his mother's house. Defendant Montgomery County, with no evidence of any notice having been supplied, other than that of the final tax sale notice; claimed that a lien for back taxes of $3700 had been sold to a bidder on June 14. 2021. The online account shows no past due in any of the bills. The "tax lien sale results" posted online by Montgomery County does not list this property. During a recorded phone call; Montgomery County was unable to find details of the sale, such as; the name of the purchaser.

57.    The primary instrumentality of  Defendants malicious actions is Maryland's Medicaid program. **K.C. v . Shipman, PBH, Cansler [Secretary of NC HHS in his official capacity] (2013)**    This is controlling law in The Fourth Circuit. "A provision in 42 USC 1396(a)(5), requires each state to designate a single state entity to administer its Medicaid plan".

26

In Maryland, this is DHMH, and perhaps more specifically the Office of Healthcare Financing.

" Spanning hundreds of regulations across fourteen parts and scores of subparts in the Code of Federal Regulations, Medicaid is- to put it mildly- a complicated program to administer.  One head chef (DHMH) in the Medicaid kitchen is enough".

"The single state agency rule reflects two important values: an efficiency rationale and an accountability rationale.  From an efficiency perspective, the requirement ensures that final authority to make the many complex decisions governing a state's Medicaid program is vested in one (and only one) agency.  As the Second Circuit has explained, the reason for the requirement that a state designate a single state agency of administer its Medicaid program…**was to avoid a lack of accountability for the appropriate operation of the program**.  In sum, the single state agency requirement represents Congress's recognition that in managing Medicaid, states should enjoy both an administrative benefit, but also a corresponding burden (an accountability regime in which that agency cannot evade federal requirements by deferring to the actions of other entities).  This does not mean that a single state agency may never delegate responsibilities to other entities.  Such agency relationships are expressly contemplated, for example in the context of MCOs that manage the provision of Medicaid on the state's behalf".

"The MCOs contract with the state to operate a managed care Medicaid program on the state's behalf.  "In contrast to traditional fee-for-service Medicaid, where beneficiaries seek services directly from providers who are then reimbursed by the state; managed care Medicaid is a model in which the state contracts with a managed care organization (MCO) which oversees the delivery of services to beneficiaries.  The MCO is a party to a contract with the state agency under which the MCO provides managed care.  The contract requires the MCO to provide these enrollees with a list of certain covered health care services".

"The single state agency must not delegate … authority to exercise administrative discretion of the state's Medicaid plan to others.  Requires the agency to take corrective action to ensure the adherence to the state's Medicaid program.  May not disclaim it responsibilities under federal law by simply contracting away its duties".

"**There is no dispute that MCOs are an agent of the state agency due to its contract to administer plaintiffs' Medicaid service on behalf of the state.  Nor is there any question that the MCO is acting in participation with the state agency to that same end**.

Congress's desire is to prevent states from backsliding on their Medicaid obligations by deferring to the non-conforming actions of other agencies.  The state agency is barred from escaping its legal responsibilities by acquiescing to the non-compliant actions of the MCO".

"In Medicaid parlance, medical assistance means **payment** of part or all of the cost of care and services **or provision of the services themselves.**

58.   Plaintiff had a 30 page letter, handled by Senator John McCain's Office in 2016.

Plaintiff received a call from Senator Cardin's Office that they would be solving his "Medicaid problem".  DHMH gave a response (Exhibit 1), so deceitful; that no one but Secretary Mitchell would sign it.  It was backdated by a week.  The strategy was to ignore Medicaid, altogether.

27

Plaintiff had provided his Medicaid number in a privacy request form to Senator Cardin's Office.

59.    The term "Medicaid" never appears in Secretary Mitchell's letter.  It talks about the minuscule Board of Physicians; and not Medicaid.  Medicaid comprises 95% of the Health Agency's budget.  The Secretary asserts that Plaintiff's complaints were found to be unfounded; though Plaintiff never filed any complaints with that office. Mitchell, contradicts himself at a later point, by stating that Plaintiff never contacted the complaint line of The Board.  In addition, the medical board is like a personnel office for licensed physicians.  A patient's prompting would not allow files to be released; the privacy forms would have to be completed by the physicians. The Secretary makes the impression that Plaintiff's Medicaid problem would be resolved by "federal court".  However, he knows that the case had a lone defendant, Inova Health System.

60.    The Secretary acknowledges the YouTube videos.  The videos are mostly audio. Plaintiff created an unofficial transcript (Exhibit 3).  Several letters from the unit of Medstar Health that is Maryland's contractor (Exhibit 2) asserts that the videos are harmful to them. Furthermore; that Plaintiff must remove the videos, as a condition of Medstar and it's doctors fulfilling their Medicaid obligations.  The recordings are evidence of Maryland and it's Medicaid contractors: denying Plaintiff medical care, denying Plaintiff his right, as stated in their manuals, of "being told what his medical condition is".

61.    Temporal proximity shows that Secretary Mitchell resigned in 2016, immediately after his letter in defense of his agency and Montgomery County Police blocking Plaintiff's visit to the Medicaid doctor.  Plaintiff filed a case in DC Superior Court in 2017, that included Shannon McMahon, the Deputy Health Secretary who is the head of Maryland's Medicaid. Instantly, McMahon resigned.  Maryland used the entirety of a 6 page motion to dismiss, to argue that Plaintiff's complaint was defective for the following reasons: that all the horrible things

Plaintiff was alleging were not the actions of McMahon in her personal capacity, but were official actions of The State of Maryland not subject to a personal capacity suit and not subject to a suit in The District. Additionally, that service of the complaint wasn't effected, owing to certified mail being sent to her "former employer".

62.    A close and honest examination shows a strange set of events with Maryland Government after the commencement of a long term sex crime against Plaintiff in 2013. These events occurred for the express purpose of making sure the sex crime can resume. These events could also include the deaths by the means of medical cause, that could have been caused by human hands during medical care. This would include, in addition to the heart attack of Ken Kamenetz, the deaths of leaders of both Houses of the Maryland Legislature, Miller and Busch, along with the death of Congressman Cummings. This same pattern has also occurred with Plaintiff's neighbors and with family and other people Plaintiff has ties to, and this extends all the way into India, to people who have never travelled out of that country.

63.    Plaintiff's Exhibit "A" is 38 pages. It shows the medical evidence, including that obtained from Maryland's Medicaid. Additionally, shows letters, including that from Medstar, the Medicaid contractor, and from Secretary Mitchell, himself. Plaintiff's Exhibit "B" is 20 pages. It's a listing of the audio recordings; with descriptions, and in some instances a rough transcript. Plaintiff's Exhibit "C" is 29 pages. It shows some of the emails from the thinly-veiled Million Dollar campaign of threatening and obscene messages.

64.    A sex by force venture directed at Plaintiff commenced with it's most serious act, that of injuring Plaintiff as a form of a restraint to facilitate sex assault, on February 15, 2013. Interstate Commerce is implicated at multiple points, most notably; Plaintiff was a Maryland resident who was a self-pay patient obtaining medical services in Virginia. This venture

implicates the definition of Commercial Sex Act with so many being given things of value to participate. The most notable is Defendant Hogan, who was made Governor by fraud. The State of Maryland and it's Governor, Defendant Hogan are the individuals most responsible for Plaintiff being deprived of money in the form of state job, and in the form of SSA Disability. These same individuals deprived Plaintiff of both private medical care, and deprived Plaintiff of 100% Federally paid Medicaid. The motive of these unlawful actions are intended to ensure that the other parties, those with the sexual motive, those who aren't named as parties in the instant suit; would be allowed to see to completion a multi-year sex crime by force venture.

### Claim 2:  Defendant Hogan's violations of Section 1983

65.     Plaintiff incorporates the above allegations and exhibits from paragraphs 1-64. Defendant Hogan is a state government party who participates in this sex by force venture. He used his powers and state agencies as Department of Health, unlawfully; to deprive Plaintiff of money from state employment and SSA Disability, to deprive Plaintiff of medical care, private and that under Medicaid.

66.     These violations were done by Hogan for the express purpose of harming Plaintiff for the benefit of other individuals in this criminal venture. Discovery will identify the names of the other inviduals, those who participate in the venture for sexual gratification. With certainty, the list would include Ken Samet the CEO of Medstar Health, Dr. Jeff Jacobson the owner of the MRI facility. There is a high probability that others include; former Montgomery County Police Chief Tom Manger, physicians and executives from Inova Health System, and Jeff Bezos.

67.     Plaintiff did suffer bodily injuries and sexual assault in February, 2013, at the hands of this venture. However, Plaintiff temporarily survived the effort to make it permanent. Had Hogan not accepted the ultimate indecent proposal; he would not have become Governor. The

perpetrators of the venture would not have gone to this extreme level of stealing an election; unless they knew that the venture would not survive without Hogan.

68.     The perpetrators knew that Plaintiff's injuries would be mostly cured by private and perhaps even Medicaid Healthcare. That, Plaintiff would have gone on one of two tracks. The first is that of still having substantial impairments. This would result in SSA benefits, that would provide money, and it would provide Medicare. Medicare is vastly diffferent from Medicaid, in that Medicare is like traditional health insurance, having choice. Medcaid is a HMO system where the state and it's contractors, not the patient, is in control. The second track is that of reducing the injuries to a point that allows for employment. This would likely be with government, and under the provisions of the Americans with Disabilities Act. Employment results in money and in private health insurance.

69.     Neither of the two tracks occured after Hogan took over. He controlled Plaintiff's medical care and finances. The bodily injuries became progressively and exponentially worse. The perpetrators, confident that Plaintiff will become fully incapacitated and then to be placed into Maryland Medicaid facilities as those run by Medstar; engaged in the massive stalking and taunting conduct. This included such things as the Million Dollar email campaign and causing death and destruction to others, as with the gas exploision that killed seven in Silver Spring.

### Claim 3:  Defendant Montgomery County's violations of 18USC 1591-1595

70.     Plaintiff incorporates the above allegations and exhibits in paragraphs 1-69. Much of the stalking conduct around Plaintiff's home is linked to Montgomery County; going as far as to cook up a false allegation of unpaid property taxes, in an attempt to steal Plaintiff's mother's home where Plaintiff lives.

71.     Montgomery County has greatly higher incomes than other Maryland counties. This

31

may be the rationale behind converting what are Maryland State positions at the social services agencies in other counties, into county employees in Montgomery. Plaintiff's Maryland Government employment internet account was disabled automatically from inactivity. Discovery will show that Plaintiff was called for interviews with Montgomery County, Baltimore County and Anne Arundel County. All three were then withdrawn, claiming the vacancies never existed. The position involves intake and processing of safety net benefits. The starting salary in 2014 was about $30,000, except in Montgomery where it was about $45,000. In the years that followed; this same agency deprived Plaintiff out of Foodstamps and other benefits.

72.     Montgomery County used it's Police to block Plaintiff's access to Maryland's Medicaid. This caused bodily injuries to progress, thus additional bodily injuries.

### Claim 4:  Defendant Montgomery County violations of Medicaid Laws

73.     Plaintiff incorporates the allegations and exhibits in paragraphs 1-72. The primary instrumentality of Defendants malicious actions is Maryland's Medicaid program. **K.C. v. Shipman, PBH, Cansler [Secretary of NC HHS in his official capacity] (2013)**     This is controlling law in The Fourth Circuit. "A provision in 42 USC 1396(a)(5), requires each state to designate a single state entity to administer its Medicaid plan". In Maryland, this is DHMH, and perhaps more specifically the Office of Healthcare Financing.

" Spanning hundreds of regulations across fourteen parts and scores of subparts in the Code of Federal Regulations, Medicaid is- to put it mildly- a complicated program to administer. One head chef (DHMH) in the Medicaid kitchen is enough".

74.     Montgomery County, in conspiracy with Governor Hogan and other Maryland officials and employees; used it's Police to block Plaintiff's access to Maryland's Medicaid. This caused bodily injuries to progress, thus additional bodily injuries.

32

### Claim 5:  Defendant Montgomery County for Battery

75.    Plaintiff incorporates the allegations and exhibits in paragraphs 1-74.  Montgomery County, in conspiracy with Governor Hogan and other Maryland officials and employees; continuously used and uses it's Police to block Plaintiff's access to Maryland's Medicaid.  This caused bodily injuries to progress, thus additional bodily injuries.  The dates include, today, and going back at least to 2015.

76.    Plaintiff seeks a Federal Battery Claim; in the alternative, a Virginia Battery Claim being that the venture was triggered during medical care at Inova in Fairfax; in the alternative, a Battery Claim in Maryland.

### CONCLUSION

77.    Defendants have caused against Plaintiff massive bodily injuries and financial losses. The immediate need is Preliminary Injunctive Relief.  A Motion for Appointment of Counsel is also included.  This case will likely need amendments with additional parties, and a request for Jury Trial and monetary damages that exceed $1Million.  Defendants, boldly and unlawfully, persist in blocking Plaintiff's Medicaid medical care.

Dated September 20, 2021

Respectfully Submitted,

Joseph R. Crussiah
Pro Se Plaintiff
9701 Cottrell Terrace
Silver Spring, MD 20903
240-324-7974
jcrussiah@gmail.com

33